## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-25-564-R |
| | ) |
| TIM CARTER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda L. Maxfield pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 15], in its entirety.

For the reasons stated therein, the Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED.

IT IS SO ORDERED this 27th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1